**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

ROBERT H. GARDNER, SR.,
an individual; on behalf of himself
and all others similarly situated,

       Plaintiff,

                                       Case No. 1:08-cv-0830-GMS

v.

COLLECTCORP CORPORATION,
a Delaware Corporation, and JOHN AND
JANE DOES NUMBERS 1 THROUGH 25,

       Defendants.
       _____/

**NOTICE OF PENDING SETTLEMENT AND JOINT MOTION
TO CONTINUE JUNE 8, 2009 TELEPHONIC STATUS CONFERENCE**

       Counsel for plaintiff, Robert H. Gardner, Sr., and defendant, Collectcorp Corporation, hereby notify the Court the parties have reached a settlement in principal and request this Court cancel or continue the June 8, 2009 telephonic status conference.

       By Order dated June 3, 2009, this Court directed the parties to confer and prepare a joint status report no later than June 5, 2009, and appear for a telephonic status conference for June 8, 2009.  However, the parties have reached a settlement in principal and request the Court cancel or continue the conference and stay all deadlines 90 days to allow the parties time to finalize the settlement and file the dismissal.

       Plaintiff, Robert H. Gardner, Sr., passed away on March 13, 2009.  To complete the settlement, a representative of the estate needs to be appointed. Plaintiff's son, Robert H. Gardner, Jr., has informed Plaintiff's counsel that he is currently seeking appointment

as the estate representative.  As required by Fed. R. Civ. P. 25, after being appointed and within 90 days from today, plaintiff's son will file an unopposed motion to be substituted as the plaintiff for purposes of finalizing and executing the settlement.

WHEREFORE, defendant respectfully requests this Court cancel or continue the June 8, 2009 telephonic status conference to a later date.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| *s/ Vivian A. Houghton* | *s/ Patrick G. Rock* |
| Vivian A. Houghton (No. 2010) | Patrick G. Rock |
| 800 North West Street, Second Floor | Heckler & Frabizzio |
| Wilmington, DE 19801 | 800 Delaware Avenue, Suite 200 |
| Telephone: (302) 658-0518 | Wilmington, DE 19801 |
| Facsimile: (302) 658-5731 | Telephone: (302) 573-4800 |
| Vivianhoughton@comcast.net | Facsimile: (302) 573-4806 |
| | prock@hfddel.com |
| Philip D. Stern | |
| Wacks & Hartmann, LLC | Dayle M. Van Hoose |
| 55 Madison Avenue, Suite 320A | Sessions, Fishman, Nathan & Israel LLP |
| Morristown, NJ 07960-7397 | 9009 Corporate Lake Dr., Suite 300-S |
| Telephone: (973) 644-0770 | Tampa, FL 33626 |
| Facsimile: (973) 532-0866 | Telephone: (813) 890-2463 |
| pstern@wackslaw.net | Facsimile: (813) 889-9757 |
| | dvanhoose@sessions-law.biz |
| *Attorneys for Robert H. Gardner, Sr. and all others similarly situated* | *Attorneys for CollectCorp Corporation* |

**CERTIFICATE OF SERVICE**

I certify that on this 5th day of June 2009, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Vivian A. Houghton
800 North West Street
Wilmington, DE 19801

Philip D. Stern
Wacks & Hartmann, LLC
55 Madison Avenue, Suite 320A
Morristown, NJ 07960-7397

Dayle M. Van Hoose
Sessions, Fishman, Nathan & Israel, LLP
9009 Corporate Lake Dr., Suite 300-S
Tampa, FL 33626

Patrick G. Rock
Heckler & Frabizzio
800 Delaware Avenue, Suite 200
Wilmington, DE 19801

I declare under penalty of perjury under the laws of the State of Delaware that the foregoing is true and correct. Executed on this 5th day of June 2009, at Wilmington, Delaware.

    *s/ Vivian A. Houghton*
Vivian A. Houghton (No. 2010)
800 North West Street, Second Floor
Wilmington, DE 19801
Telephone: (302) 658-0518
Facsimile: (302) 658-5731
Vivianhoughton@comcast.net