UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT H. GARDNER, SR., *et al.*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COLLECTCORP CORPORATION, a Delaware Corporation; *et al.*,<br><br>    Defendants. | Case No. 1:08-cv-00830-GMS |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Please take notice that, pursuant to Fed. R. Civ. P. 41(a), Plaintiff stipulates to, and gives notice of, dismissal of this action with prejudice as to ROBERT H. GARDNER, SR., and without prejudice as to the putative class, without further costs, disbursements, attorney's fees, or expenses to or against any party.

**IT IS SO STIPULATED** this 15th Day of March 2010.

| | |
|---|---|
| *s/ Vivian A. Houghton* | *s/ Patrick G. Rock* |
| Vivian A. Houghton, Esq. (No. 2010) | Patrick G. Rock |
| 800 North West Street, Second Floor | Heckler & Frabizzio |
| Wilmington, DE 19801 | 800 Delaware Avenue, Suite 200 |
| Telephone:  (302) 658-0518 | Wilmington, DE 19801 |
| Facsimile:   (302) 658-5731 | Telephone: (302) 573-4800 |
| Vivianhoughton@comcast.net | Facsimile:   (302) 573-4806 |
| | prock@hfddel.com |
| Philip D. Stern | |
| Philip D. Stern & Associates, LLC | Dayle M. Van Hoose |
| 697 Valley Street, Suite 2D | Sessions, Fishman, Nathan & Israel LLC |
| Maplewood, NJ 07040-2642 | 3350 Buschwood Park Drive, Suite 195 |
| Telephone: (973) 379-7500 | Tampa, FL 33618 |
| Facsimile:  (973) 532-0866 | Telephone: (813) 890-2463 |
| pstern@philipstern.com | Facsimile:  (866) 466-3140 |
| *Attorneys for Robert H. Gardner, Sr. and all others similarly situated* | dvanhoose@sessions-law.biz |
| | *Attorneys for CollectCorp Corporation* |

**IT IS SO ORDERED:**

_____
HON. GREGORY M. SLEET
United States District Court Judge